443 A.2d 1141

**COMMONWEALTH of Pennsylvania, STATE ETHICS COMMISSION, Appellee,**

v.

**William E. BALDWIN, et al., Appellants.**

**Appeal of Marshall FRUMER, Catherine Masur, and Edward Thompson.**

Supreme Court of Pennsylvania.

Argued April 22, 1982.

Decided April 26, 1982.

James H. Stewart, Jr., Harrisburg, Michael Etkin, Philadelphia, for Marshall Frumer.

Stuart Magdule, Harrisburg, for Wm. E. Baldwin.

Anthony Vardaro, Meadville, for Julius Russell.

R. Bruce Manchester, Bellefonte, for Donald F. Heggenstaller, Sr.

Frank M. Jackson, Philadelphia, for Ann L. Moss.

David Raker, Liberty, for Bruce E. Waugh.

Sandra S. Christianson, Gen. Counsel, Harrisburg, James J. Kutz, Deputy Atty. Gen., for State Ethics Commission.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

AND NOW, to wit, this 26th day of April, 1982, the Order of the Commonwealth Court entered April 12, 1982 is reversed and the Secretary of the Commonwealth of Pennsylvania is directed to place the names of the instant appellants on the ballot for the May 18, 1982 Primary Election. An opinion will follow.